**FILED** JUL 17 2012 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY ___ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT JUL 17 2012 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| LUCIO JOHN AUDELO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN A. HEDGPETH,<br><br>    Respondent. | Case No. EDCV 12-00205-DSF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 7/16/12

_Dale S. Fischer_
Dale S. Fischer
United States District Judge