JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| LUCIO JOHN AUDELO, | ) | Case No. EDCV 12-00205-DSF (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN A. HEDGPETH, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 7/16/12

_____
Dale S. Fischer
United States District Judge

1